# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re** | : | Chapter 7 |
| **Andrew Thomas Capponi,** | : | |
| Debtor. | : | Case No. 11-17727 (JKF) |
| **Roberta A. DeAngelis**<br>**United States Trustee,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **Andrew Thomas Capponi,** | : | |
| Defendant. | : | Adversary No. 12-0595 |

# ORDER

**AND THIS** 25th day of March, 2014, upon consideration of the Motion for Summary Judgment Denying Debtor Discharge ("Motion") and the Debtor's response to the Motion, and for the reasons set forth in the Court's Memorandum Opinion of the same date, it is hereby **ORDERED** and **DECREED** that:

1. The Motion is **GRANTED**;

2. Pursuant to 11 U.S.C. § 727(a)(3), the Debtor, Andrew Thomas Capponi, is **DENIED** a discharge in Bankruptcy Case No. 11-17727; and

3. This Order shall be filed in both this adversary proceeding, No. 12-0595, and in the Debtor's bankruptcy case, No. 11-17727.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

**Plaintiff's Counsel**
George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**Defendant's Counsel**
David B. Smith, Esquire
Smith Kane, LLC
112 Moores Road, Suite 300
Malvern, PA 19355